IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER DIXON, JR.<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-3593 |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK)<br>*Defendant* | :<br>:<br>: | |

ORDER

FILED
AUG 28 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**AND NOW,** this 28th day of August, 2013, upon consideration of Plaintiff's request to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41 [ECF No. 10], and having heard the parties' argument with regard thereto during the Rule 16 preliminary pretrial conference and determined that good cause exists, it is hereby **ORDERED** that Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is directed to enter this Order and to mark this case closed for statistical purposes.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.